FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

06 MAY 17 PM 4:28

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v. Case No. 8:06-Cr-00195-T-24TGW
21 U.S.C. §841(a)(1)
21 U.S.C. §846
21 U.S.C. §853 - Forfeiture

KEITH ALLEN COURTNEY
LUIS ARIEL RIVERA

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

From an unknown date, but at least beginning in or about November 2004, through and including on or about April 21, 2006, in the Middle District of Florida and elsewhere, the defendants,

KEITH ALLEN COURTNEY
and
LUIS ARIEL RIVERA,

did knowingly and willfully combine, conspire and agree, with other persons both known and unknown to the Grand Jury, to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(ii).

**COUNT TWO**

On or about April 21, 2006, in the Middle District of Florida, the defendants,

KEITH ALLEN COURTNEY
and
LUIS ARIEL RIVERA,

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**FORFEITURES**

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

2. From their engagement in the violations alleged in Counts One and Two of this Indictment, punishable by imprisonment for more than one (1) year,

KEITH ALLEN COURTNEY
and
LUIS ARIEL RIVERA,

the defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

a. Property constituting or derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violations;

b. Property used or intended to be used in any manner or part to commit and to facilitate the commission of such violations. Such property includes but is not limited to:

3. If any of the property described above, as a result of any act or omission of the defendants:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third party;

c. Has been substantially diminished in value; or

d. Has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

A TRUE BILL,

Foreperson

PAUL I. PEREZ
United States Attorney

By:
JEFFREY S. DOWNING
Assistant United States Attorney

By:
For: JOSEPH K. RUDDY
Assistant United States Attorney
Senior Deputy Chief, Narcotics

FORM OBD-34
APR 1991

No. 8:06-Cr-

**UNITED STATES DISTRICT COURT**

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

KEITH ALLEN COURTNEY
and
LUIS ARIEL RIVERA

**INDICTMENT**

Violations: Title 21, United States Code, §§ 846, and 841(a)(1)

A true bill,

Foreperson

Filed in open court this 17th day

of May, A.D. 2006.

Clerk

Bail $

GPO 863 525

N:_Criminal Cases\G\Glackin, Tony_2005R02660_jsd\Indictment\Indictment_Back.wpd